BEFORE THE SECOND DIVISION, JANUARY 11, 1957

**No. 60443.**—Marvin Accessories, Inc. *v.* United States, protest 276596–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 11, 1957

**No. 60444.**—Daniel F. Young, Inc. *v.* United States, protest 230129–K (New York).

Opinion by JOHNSON, J.   It was stipulated that if the certificate of exportation had been filed prior to the liquidation of the entry or the expiration of the collector's review period provided for in section 515, the merchandise would have been liquidated free of duty under paragraph 1615, as amended, *supra.*   In view of the stipulation and following Abstract 53865, the claim of the plaintiff was sustained.

**No. 60445.**—Murmac Importing Corp. *v.* United States, protests 167016–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.